IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| HALVORSON FAMILY LP and ELIZABETH HAYFORD TR, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 140201D |
| v. | ) ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) ) ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered October 30, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 19.

This matter is before the court on Defendant's Motion to Dismiss, filed October 16, 2014, requesting that the Complaint be dismissed.

In its Motion to Dismiss, Defendant stated that Plaintiff failed:

"to comply with the Court's September 29, 2014, discovery and inspection order. That order required Plaintiff to contact Defendant to schedule an inspection of the property identified as Accounts R235903 and R235904 within 14 days of the court's order – October 13, 2014. As of 5 p.m. on October 13, 2014, Plaintiff has neither contacted either the County or the County's representative as required by the court's order. As such, the County requests that this appeal be dismissed."

In its Order, the court stated that if Plaintiffs failed to contact Defendant to schedule an inspection within 14 days of the date of its Order, "Plaintiffs' Complaint will be dismissed absent extraordinary circumstances."

As of this date, Plaintiffs have not responded to Defendant's Motion to Dismiss. Plaintiffs have not submitted a written explanation to the court, stating why Plaintiffs failed to contact Defendant as ordered. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of November 2014.


_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on November 17, 2014. The court filed and entered this document on November 17, 2014.*